2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 0 3 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| F STREET INVESTMENTS, INC., A TEXAS CORPORATION F/K/A HYGEIA DAIRY COMPANY | § § § § | |
| Plaintiff, | § § | B - 02 - 001 |
| vs. | § | CIVIL ACTION NO. _____ |
| SOUTHERN FOODS GROUP, L.P. AND SUIZA FOODS CORPORATION | § § § § | |
| Defendants. | § § | |

## DEFENDANTS' DEMAND FOR JURY TRIAL

Defendants Southern Foods Group, L.P. and Suiza Foods Corporation (now Dean Foods Company) assert their rights under the Seventh Amendment to the U.S. Constitution and demand, in accordance with Federal Rule of Civil Procedure 38, a trial by jury on all issues.

DATED:   January 3, 2002

DEFENDANTS' DEMAND FOR JURY TRIAL - Page 1
722787./SP2/75935/0208/01022002

Respectfully submitted,

_____
JERRY L. BEANE
Attorney-in-Charge
State Bar No. 01966000
Southern Dist. Bar No. 8993
KAY LYNN BRUMBAUGH
State Bar No. 00785152
STRASBURGER & PRICE L.L.P.
901 Main Street, Suite 4300
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (Telecopier)

AND

_____
EDUARDO R. RODRIGUEZ
State Bar No. 17144000
ALISON KENNAMER
State Bar No. 112804000
RODRIGUEZ, COLVIN & CHANEY
1201 East Van Buren
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 (Telecopier)

**ATTORNEYS FOR DEFENDANTS SOUTHERN FOODS GROUP, L.P. AND SUIZA FOODS CORPORATION (NOW DEAN FOODS COMPANY)**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to all counsel of record on this the 3rd day of January, 2002.

_____
Alison Kennamer