4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 7 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| F STREET INVESTMENTS, INC., <br> A TEXAS CORPORATION F/K/A <br> HYGEIA DAIRY COMPANY <br><br> Plaintiff, <br><br> v. <br><br> SOUTHERN FOODS GROUP, L.P. <br> AND SUIZA FOODS CORPORATION <br><br> Defendants. | § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-001 |

## CERTIFICATE OF FINANCIALLY INTERESTED PERSONS

Pursuant to Paragraph 2 of the Order of Conference, Defendants SOUTHERN FOODS GROUP, L.P. and SUIZA FOODS CORPORATION, now Dean Foods Company, state that to their knowledge, the following persons and entities are or may be financially interested in this litigation.

1) <u>DEAN FOODS COMPANY (f/k/a SUIZA FOODS CORPORATION)</u>;

2) SUIZA DAIRY GROUP HOLDINGS, INC.;

3) SUIZA DAIRY, L.P.;

4) DEAN SOUTHWEST, L.L.C.;

5) SOUTHERN FOODS HOLDING COMPANY, L.L.C.; and

6) SOUTHERN FOODS GROUP, L.P.

Respectfully submitted,

_____
JERRY L. BEANE
State Bar No. 01966000
Fed. I.D. No. 8993
KAY LYNN BRUMBAUGH
State Bar No. 00785152
Fed. I.D. No. 21341
STRASBURGER & PRICE, L.L.P.
901 Main Street, Suite 4300
Dallas, Texas 75202
214.651.4300
214.651.4330 (Telecopier)

AND

_____
EDUARDO ROBERTO RODRIGUEZ
State Bar No. 17144000
Fed. I.D. No. 1944
ALISON KENNAMER
State Bar No. 11280400
Fed. I.D. No. 12023
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
956.542.7441
956.541.2170 (Telecopier)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing documents was served upon all counsel of record, to-wit:

Mr. Nathanial Peter Holzer
Jordan, Hyden, Womble & Culbreth, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471

Mr. Jerry L. Beane
Ms. Kay Lynn Brumbaugh
Strasburger & Price, L.L.P.
901 Main Street, Suite 4300
Dallas, Texas 75202-3794

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Federal Rules of Civil Procedure on this the 17th day of January, 2002.

Alison D. Kennamer