United States District Court
Southern District of Texas
FILED

JAN 2 2 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| F STREET INVESTMENTS, INC. <br> A TEXAS CORPORATION F/K/A <br> HYGEIA DAIRY COMPANY <br><br> VS. <br><br> SOUTHERN FOODS GROUP, L.P. AND <br> SUIZA FOODS CORPORATION | § § § § § § § § | CIVIL ACTION B-02-001 |

## PLAINTIFF'S LIST OF ENTITIES FINANCIALLY INTERESTED IN THIS LITIGATION

1. F Street Investments, Inc. f/k/a Hygeia Dairy Company.

2. CoHyco, Inc.

3. Carancahua, Inc.

4. Quality Chekd Dairies, a Wisconsin Cooperative.

5. All Unsecured Creditors of the Bankruptcy Estate of F Street Investments, Inc., f/k/a Hygeia Dairy Company.

6. C&H Industries, Inc.

7. Hygeia del Golfo S.A. de C.V.

8. Hygeia del Centro S.A. de C.V.

9. Hygeia de Monterrey S.A. de C.V.

10. Hygeia de Mexico S.A. de C.V.

Respectfully submitted,

_____
Nathaniel Peter Holzer
State Bar No. 00793971
***Jordan, Hyden, Womble & Culbreth, P.C.***
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Telephone No. (361) 884-5678
Telecopier No. (361) 888-5555

**ATTORNEYS FOR PLAINTIFF
F STREET INVESTMENTS, INC.,
A TEXAS CORPORATION F/K/A
HYGEIA DAIRY COMPANY**

## CERTIFICATE OF SERVICE

I, Nathaniel Peter Holzer, do hereby certify that a true and correct copy of this document was served by via US Mail, postage prepaid, on this 17 day of Jan, 2002, on the following:

Eduardo R. Rodriguez
Alison Kennamer
RODRIGUEZ, COLVIN & CHANEY
1201 East Van Buren
Brownsville, TX  78522

Jerry L. Beane
Kay Lynn Brumbaugh
STRASBURGER & PRICE, L.L.P.
901 Main Street, Suite 4300
Dallas, TX  75202

_____
Nathaniel Peter Holzer