8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 15 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| F STREET INVESTMENTS, INC., <br> A TEXAS CORPORATION F/K/A <br> HYGEIA DAIRY COMPANY <br><br> PLAINTIFF, <br><br> v. <br><br> SOUTHERN FOODS GROUP, L.P. <br> AND SUIZA FOODS CORPORATION <br><br> DEFENDANTS. | § § § § § § § § § § § § § | CIVIL ACTION NO. B-02-001 |

### SCHEDULING ORDER

1.  Trial: Estimated time to try: 10 days.                                      _ Bench   X Jury

2.  New parties must be joined by:                                              August 1, 2002

3.  The plaintiff's experts will be named
    with a report furnished by:                                                 January 6, 2003

4.  The defendant's experts must be named
    with a report furnished within 30 days of
    the deposition of the plaintiff's expert.

5.  Discovery must be completed by:                                             May 1, 2003

*Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.*

********************** The Court will provide these dates. **********************

6.  Dispositive Motions will be filed by: ✱ (SEE BELOW)   _____

7.  Joint pretrial order is due:                                                7/15/03

8.  Docket Call and final pretrial conference is set for 1:30 p.m. on:          7/31/03

9.  Jury Selection is set for 9:00 a.m. on:                                     8/4/03

The case will remain on standby until tried.

✱ INITIAL DISPOSITIVE MOTIONS DEADLINE (BEFORE DESIGNATION OF EXPERTS) SEPTEMBER 10, 2002

740957.1/SP2/75935/0208/05082002

MEDIATION DEADLINE        OCTOBER 10, 2002

2ND DISPOSITIVE MOTIONS DEADLINE                                 APRIL 15, 2003

Signed: _May 14_, 2002, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*Counsel please sign on the back.*



NATHANIEL PETER HOLZER
State Bar No. 00793971
Southern Dist. Bar No. 21503
JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Phone:(361) 884-5678
Fax: (361) 888-5555

   and

MICHAEL J. URBIS
State Bar No. 20414130
Southern Dist. Bar No. 5132
JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
2390 Central Blvd., Suite G
Brownsville, Texas 78520
Telephone: (956) 542-1161
Telecopier: (956) 542-0051

**COUNSEL FOR PLAINTIFF F STREET INVESTMENTS, INC., A TEXAS CORPORATION F/K/A HYGEIA DAIRY COMPANY**

_____
JERRY L. BEANE
Attorney-in-Charge
State Bar No. 01966000
Southern Dist. Bar No. 8993
KAY LYNN BRUMBAUGH
State Bar No. 00785152
Southern Dist. Bar No. 21341
STRASBURGER & PRICE L.L.P.
901 Main Street, Suite 4300
Dallas, Texas 75202
(214) 651-4300
(214) 651-4330 (Telecopier)

AND

EDUARDO R. RODRIGUEZ
State Bar No. 17144000
ALISON KENNAMER
State Bar No. 112804000
RODRIGUEZ, COLVIN & CHANEY
1201 East Van Buren
Brownsville, Texas 78522
(956) 542-7441
(956) 541-2170 (Telecopier)

**ATTORNEYS FOR DEFENDANTS
SOUTHERN FOODS GROUP, L.P. AND SUIZA
FOODS CORPORATION (NOW DEAN FOODS COMPANY)**