*11*

# COPY

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

**SEP 2 7 2002**

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| F STREET INVESTMENTS, INC.,<br>A TEXAS CORPORATION F/K/A<br>HYGEIA DAIRY COMPANY<br><br>PLAINTIFF,<br><br>V.<br><br>SOUTHERN FOODS GROUP, L.P.<br>AND SUIZA FOODS CORPORATION<br><br>DEFENDANTS. | § § § § § § § § § § § § | CIVIL ACTION NO. B-02-001 |

## JOINT MOTION TO EXTEND MEDIATION DEADLINE

Plaintiff F Street Investments, Inc. and Defendants Southern Foods Group, L.P. and Suiza Foods Corporation (now Dean Foods Company) file this Joint Motion to Extend Mediation Deadline. For the following reasons, the parties respectfully request that this motion be granted.

Discovery is scheduled to be completed in this case by May 1, 2003 with jury selection scheduled for August 4, 2003. The current deadline for completing mediation is October 10, 2002. The parties have been cooperating to agree on a mediator and to schedule mediation on a date that is available for the mediator, all counsel and all necessary representatives of the parties. However, due to numerous scheduling conflicts, including the busy schedule of the agreed-upon mediator, the parties respectfully request a brief postponement of the mediation deadline to October 30, 2002, in order that the mediation may be scheduled on a date that is available to all necessary attendees and the mediator.

763245.1/SP2/75935/0208/09262002

1

This extension is not sought for purposes of delay, but so that justice may be done. A brief extension of the deadline for mediation will not require the postponement of any other deadlines in the Court's Scheduling Order.

For the reasons stated above, the parties therefore request that the Court grant this motion and extend the mediation deadline by 20 days, until October 30, 2002.

DATED: September 26, 2002.

Respectfully submitted:

NATHANIEL PETER HOLZER
Attorney-in-Charge
State Bar No. 00793971
Southern Dist. Bar No. 21503
JORDAN, HYDEN, WOMBLE &
CULBRETH, P.C.
500 North Shoreline, Suite 900
Corpus Christi, Texas 78471
Phone:(361) 884-5678
Fax: (361) 888-5555

and

MICHAEL J. URBIS
State Bar No. 20414130
Southern Dist. Bar No. 5132
JORDAN, HYDEN, WOMBLE &
CULBRETH, P.C.
2390 Central Blvd., Suite G
Brownsville, Texas 78520
Phone: (956) 542-1161
Fax: (956) 542-0051

**COUNSEL FOR PLAINTIFF
F STREET INVESTMENTS,
INC., A TEXAS
CORPORATION F/K/A HYGEIA
DAIRY COMPANY**

JERRY L. BEANE
Attorney-in-Charge
State Bar No. 01966000
Southern Dist. Bar No. 8993
KAY LYNN BRUMBAUGH
State Bar No. 00785152
Southern Dist. Bar No. 21341
STRASBURGER & PRICE L.L.P.
901 Main Street, Suite 4300
Dallas, Texas 75202
Phone: (214) 651-4300
Fax: (214) 651-4330

and

EDUARDO R. RODRIGUEZ
State Bar No. 17144000
ALISON KENNAMER
State Bar No. 112804000
RODRIGUEZ, COLVIN & CHANEY
1201 East Van Buren
Brownsville, Texas 78522
Phone: (956) 542-7441
Fax: (956) 541-2170

**COUNSEL FOR DEFENDANTS
SOUTHERN FOODS GROUP, L.P. AND
SUIZA FOODS CORPORATION
(NOW DEAN FOODS COMPANY)**

## CERTIFICATE OF CONFERENCE

I, Kay Lynn Brumbaugh, one of the attorneys for Defendants, hereby certify that on September 24, 2002, I conferred with counsel for Plaintiff, Pete Holzer, regarding this motion. This motion is filed jointly with the agreement of all parties, and the parties are in agreement in seeking the relief requested.

_____
Kay Lynn Brumbaugh

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document has been served on all counsel of record via U.S. Mail on this 26th day of September, 2002.

_____
Kay Lynn Brumbaugh

763245.1/SP2/75935/0208/09262002                    3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| F STREET INVESTMENTS, INC., | § | |
| A TEXAS CORPORATION F/K/A | § | |
| HYGEIA DAIRY COMPANY | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-001 |
| | § | |
| SOUTHERN FOODS GROUP, L.P. | § | |
| AND SUIZA FOODS CORPORATION | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER GRANTING JOINT MOTION TO EXTEND MEDIATION DEADLINE

Pending before the Court is the parties' Joint Motion to Extend Mediation Deadline. After consideration of the motion, the Court finds that it is well taken and should be granted.

It is therefore ORDERED that the mediation deadline in the above-styled case is extended to and including October 30, 2002.

SIGNED this _____ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE

763245.1/SP2/75935/0208/09262002