IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| F STREET INVESTMENTS, INC. F/K/A § | | |
| HYGEIA DAIRY COMPANY, § | | |
|     Plaintiff § | | |
| § | | |
| v. § | CIVIL CASE NO. B-02-001 | |
| § | | |
| DEAN FOODS, COMPANY F/K/A/ § | | |
| SUIZA FOODS CORPORATION, AND § | | |
| SOUTHERN FOODS GROUP, L.P. § | | |
|     Defendants. | | |

## ORDER

BE IT REMEMBERED, that on May 9, 2003, pursuant to the parties' joint request, the Court **DISMISSED with prejudice** all claims, counterclaims, defenses and causes of action that were alleged by Plaintiff and Defendants in the above captioned cause of action. The parties shall bear their own costs. The Court retains jurisdiction to enforce any settlement that may exist. Kokkonen v. Guardian Life Ins. Co. of America, 511 U.S. 375, 380 (1994).

DONE this 9th day of May, 2003, at Brownsville, Texas.

Hilda G. Tagle
United States District Court Judge

United States District Court
Southern District of Texas
ENTERED
MAY 1 2 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

1