

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| F STREET INVESTMENTS, INC., | § | |
| A TEXAS CORPORATION, | § | |
| F/K/A HYGEIA DAIRY COMPANY | § | |
| | § | |
| VS. | § | CIVIL ACTION B-02-001 |
| | § | |
| SOUTHERN FOODS GROUP, L.P. | § | |
| AND SUIZA FOODS CORPORATION | § | |

## UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, F Street Investments, Inc., a Texas Corporation, f/k/a Hygeia Dairy Company, Petitioner in the above referenced cause ("Movant") and makes and files this its Unopposed Motion for Substitution of Counsel designating Ronald A. Simank of the firm of Schauer & Simank, P.C., as its attorney in the place and stead of Nathaniel Peter Holzer of the law firm of Jordan, Hyden, Womble & Culbreth, P.C.

1. Movant approves the substitution of Mr. Simank for Mr. Holzer. Movant does not object to his withdrawal. Mr. Simank has agreed to substitute for Mr. Holzer as counsel for the Movant. The substitution is not sought for the purpose of delay nor will any delay occur with regard to any pending setting or deadlines. The Motion is made since Mr. Holzer may appear as a witness in this case.

WHEREFORE, PREMISES CONSIDERED, Movant respectfully requests that this Honorable Court grant its motion for substitution of counsel and for such other and further relief to which it may show itself justly entitled.

Respectfully submitted,

_____
Ronald A. Simank
State Bar No. 18359400
SCHAUER & SIMANK, P.C.
615 No. Upper Broadway, Suite 2000
Corpus Christi, Texas 78477
361-884-2800
361-884-2822 (FAX)

ATTORNEYS FOR F STREET INVESTMENTS, INC., A TEXAS CORPORATION, F/K/A HYGEIA DAIRY COMPANY

_____
Nathaniel Peter Holzer
JORDAN, HYDEN, WOMBLE & CULBRETH, P.C.
500 North Shoreline, Suite 900
Corpus Christi, TX 78471
361-884-5678
361-888-5555 (FAX)

FORMER ATTORNEY FOR F STREET INVESTMENTS, INC., A TEXAS CORPORATION, F/K/A HYGEIA DAIRY COMPANY

## CERTIFICATE OF CONFERENCE

On July 17, 2003, I spoke with Kay Lynn Brumbaugh concerning this Motion and she stated that she did not oppose the relief requested therein.

_____
Ronald A. Simank

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2003, a true and correct copy of the above and foregoing instrument was provided to the following via first class mail and/or Federal Express mail:

Kay Lynn Brumbaugh
STRASBURGER & PRICE, LLP
902 Main Street, Suite 4300
Dallas, Texas 75202

_____
Ronald A. Simank

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| F STREET INVESTMENTS, INC., <br> A TEXAS CORPORATION, <br> F/K/A HYGEIA DAIRY COMPANY <br><br> VS. <br><br> SOUTHERN FOODS GROUP, L.P. <br> AND SUIZA FOODS CORPORATION | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | <br><br><br><br>CIVIL ACTION B-02-001 |

## ORDER SUBSTITUTING COUNSEL

On the day and year written below, came on for consideration the Unopposed Motion for Substitution of Counsel filed by F Street Investments, Inc., a Texas Corporation, f/k/a Hygeia Dairy Company, Petitioner. The Court, having considered the motion, is of the opinion that it should be, in all things, GRANTED; accordingly, it is

ORDERED, ADJUDGED AND DECREED that Ronald A. Simank of Schauer & Simank, P.C. be substituted for Nathaniel Peter Holzer of Jordan, Hyden, Womble & Culbreth, P.C. as attorneys for F Street Investments, Inc., a Texas Corporation, f/k/a Hygeia Dairy Company, Petitioner in this cause.

SIGNED AND ORDERED ENTERED on this ___ day of _____, 2003.

_____
JUDGE PRESIDING

SUBMITTED BY:

Ronald A. Simank
State Bar No. 18359400
SCHAUER & SIMANK, P.C.
615 North Upper Broadway, Suite 2000, MSC-159
Corpus Christi, Texas   78477
361-884-2800
361-884-2822 (FAX)

ATTORNEYS FOR F STREET
INVESTMENTS, INC., A TEXAS
CORPORATION, F/K/A HYGEIA DAIRY
COMPANY