IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| F STREET INVESTMENTS, INC., A TEXAS CORPORATION, F/K/A HYGEIA DAIRY COMPANY | § § § § | |
| VS. | § § | CIVIL ACTION B-02-001 |
| SOUTHERN FOODS GROUP, L.P. AND SUIZA FOODS CORPORATION | § § § | |

## ORDER SUBSTITUTING COUNSEL

On the day and year written below, came on for consideration the Unopposed Motion for Substitution of Counsel filed by F Street Investments, Inc., a Texas Corporation, f/k/a Hygeia Dairy Company, Petitioner. The Court, having considered the motion, is of the opinion that it should be, in all things, GRANTED; accordingly, it is

ORDERED, ADJUDGED AND DECREED that Ronald A. Simank of Schauer & Simank, P.C. be substituted for Nathaniel Peter Holzer of Jordan, Hyden, Womble & Culbreth, P.C. as attorneys for F Street Investments, Inc., a Texas Corporation, f/k/a Hygeia Dairy Company, Petitioner in this cause.

SIGNED AND ORDERED ENTERED on this 23 day of July, 2003.

_____
JUDGE PRESIDING